United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN MARINE CORPORATION, doing business as American Hyperbaric Center,<br><br>            Plaintiff,<br><br>  v.<br><br>BLUE SHIELD OF CALIFORNIA,<br><br>            Defendant.<br>                                                                     / | No. C 11-00636 WHA<br><br>**ORDER REGARDING PLAINTIFF'S MOTION FOR RENEWAL** |

This case having been transferred from the district of Alaska and recently assigned to the undersigned, plaintiff filed a "motion for renewal of motion for miscellaneous relief re: no grounds for removal under ERISA and no ERISA preemption." This motion seems to simply be an attempt to renotice a motion previously filed, but not decided, in Alaska. That is exactly contemplated by the reassignment order, which states that unresolved matters may be renoticed for a hearing before the newly-assigned judge, so no "motion for renewal" is needed. In any event, the motion for miscellaneous relief is scheduled to be heard on **APRIL 21, 2011, AT 2:00 P.M.**, consistent with plaintiff's notice, and briefing deadlines are set accordingly by local rules.

    **IT IS SO ORDERED.**

Dated: March 15, 2011.

                                                                                    /s/ William Alsup
                                                                    WILLIAM ALSUP
                                                                    UNITED STATES DISTRICT JUDGE