IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN MARINE CORPORATION d/b/a AMERICAN HYPERBARIC CENTER,<br><br>  Plaintiff,<br><br>  v.<br><br>BLUE SHIELD OF CALIFORNIA,<br><br>  Defendant. | No. C 11-00636 WHA<br><br>**ORDER DENYING DEFENDANT'S REQUEST TO APPEAR BY TELEPHONE** |

The Courtroom telephone equipment is not conducive to holding hearings thereon. For that reason, defendant's request to appear at the case management conference by telephone is **DENIED**. Defendant may send one of the many lawyers listed as its attorneys of record.

**IT IS SO ORDERED.**

Dated: May 9, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE