STERLING J. STIRES (Bar No. CA 199218)
    E-mail:  sstires@hwb-law.com
JEFFREY J. WALLER
(Admission *pro hac vice* pending)
    E-mail:  Jwaller@hwb-law.com
HOLMES WEDDLE & BARCOTT
501 West Broadway, Suite 2060
San Diego, CA  92101
Telephone:  (619) 358-9987
Facsimile:  (619) 487-9551

*Attorneys for Plaintiff*
AMERICAN MARINE CORPORATION
dba AMERICAN HYPERBARIC CENTER

ADAM PINES (Bar No. CA 172374)
    E-mail:  apines@manatt.com
JUSTIN JOHNSON (Bar No. CA 252175)
    E-mail:  jjohnson@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
11355 West Olympic Boulevard
Los Angeles, CA  90064-1614
Telephone:  (310) 312-4000
Facsimile:  (310) 914-5820

*Attorneys for Defendant*
CALIFORNIA PHYSICIANS' SERVICE
dba BLUE SHIELD OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN MARINE CORPORATION d/b/a/ AMERICAN HYPERBARIC CENTER, <br><br> Plaintiff, <br><br> v. <br><br> BLUE SHIELD OF CALIFORNIA, <br><br> Defendant. | Case No. C 11-00636 WHA <br><br> Filed:  August 23, 2010 <br> Judge:  Hon. William H. Alsup <br><br> **JOINT CASE MANAGEMENT STATEMENT AND NOTICE OF SETTLEMENT** <br><br> **Initial Case Management Conference:** <br><br> Date:  May 26, 2011 <br> Time:  3:00 p.m. <br> Courtroom:  9 |

## JOINT CASE MANAGEMENT STATEMENT AND NOTICE OF SETTLEMENT

Plaintiff American Marine Corporation dba American Hyperbaric Center ("Plaintiff") and defendant California Physicians' Service dba Blue Shield of California ("Blue Shield") hereby submit their joint case management statement and notice of settlement.

### A.   Jurisdiction and Service

This Court has subject matter jurisdiction over this action because it is a civil action between a corporate plaintiff having its place of incorporation and principal place of business in Alaska and a corporate defendant having its place of incorporation and principal place of business in California, with more than $75,000 in dispute.

The parties have agreed on the terms of a complete settlement of this action. They expect the written settlement agreement to be signed this week.  A stipulation for dismissal of this action will be filed as soon as the settlement payment is made, which is expected to occur prior to the end of this month.

Accordingly, the parties respectfully request that the May 26 scheduling conference be continued to June 16, by which time they expect the action to have been dismissed.

HOLMES WEDDLE & BARCOTT
STERLING J. STIRES
JEFFREY J. WALLER

Dated:  May 17, 2011          By:  s/  Sterling J. Stires
_____
                                   Sterling J. Stires
                                   *Attorneys for Plaintiff*
                                   AMERICAN MARINE CORPORATION
                                   dba AMERICAN HYPERBARIC CENTER

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

2

JOINT CASE MANAGEMENT STATEMENT AND
NOTICE OF SETTLEMENT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MANATT, PHELPS & PHILLIPS, LLP
ADAM PINES
JUSTIN JOHNSON

Dated:  May 17, 2011                    By:  s/  Adam Pines
_____
                                        Adam Pines
                                        *Attorneys for Defendant*
                                        CALIFORNIA PHYSICIANS' SERVICE,
                                        dba BLUE SHIELD OF CALIFORNIA

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, the filing party hereby attests that concurrence in the filing of this document has been obtained.*

300255584.1

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

3

**JOINT CASE MANAGEMENT STATEMENT AND
NOTICE OF SETTLEMENT**