IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMERICAN MARINE CORPORATION
d/b/a AMERICAN HYPERBARIC CENTER,

    Plaintiff,

  v.

BLUE SHIELD OF CALIFORNIA,

    Defendant.

                                           /

No. C 11-00636 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

      The Court **CONTINUES** the case management conference to **JUNE 2, 2011, AT 3:00 P.M.** All initial deadlines are **EXTENDED** accordingly.

      **IT IS SO ORDERED.**

Dated: May 17, 2011.

                                                 WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE