1  Sterling J. Stires, Esq. (SBN 199218)
   Holmes Weddle & Barcott, P.C.
2  501 West Broadway, Suite 2060
   San Diego, California  92101
3  Telephone (619) 358-9987; Fax (619) 487-9551

4
   Attorneys for Plaintiff American Marine Corporation
5  dba American Hyperbaric Center

6

7

8                UNITED STATES DISTRICT COURT

9     NORTHERN DISTRICT OF CALIFORNIA –  SAN FRANCISCO DIVISION

10

11  AMERICAN MARINE CORPORATION dba       Case No. C 11-00636 WHA
    AMERICAN HYPERBARIC CENTER,
12                                        STIPULATION FOR VOLUNTARY
                                          DISMISSAL WITH PREJUDICE
13                       Plaintiffs,      [Fed.R.Civ.P. 41(a)(1)(A)(ii)]

14        v.
                                          Judge:     Hon. William H. Alsup
15  BLUE SHIELD OF CALIFORNIA,            Courtroom.: 9
                                          Filed:     02/11/11
16                       Defendant.       Trial:     Not set

17

18        IT IS HEREBY STIPULATED by and between plaintiff American Marine Corporation dba

19  American Hyperbaric Center and defendant Blue Shield of California, through their respective

20  attorneys of record, subject to the approval of the Court, and pursuant to Federal Rule of Civil

21  Procedure 41(a)(1), that this entire action shall be dismissed with prejudice, and that all parties shall

22  bear their own attorneys' fees and costs incurred in connection with this action.  This Court shall

23  / / /

24  / / /

25  / / /

26  / / /

27

28

                                        1

retain jurisdiction over the parties for the purpose of enforcing the parties' separate settlement agreement.

DATED:  May 24, 2011

HOLMES WEDDLE & BARCOTT, P.C.
STERLING J. STIRES
JEFFREY J. WALLER

By: s/ Sterling J. Stires
    Sterling J. Stires, Attorneys for Plaintiff
    American Marine Corporation dba American
    Hyperbaric Center

DATED: May 24, 2011

MANATT, PHELPS & PHILLIPS, LLP
GREGORY M. PIMSTONE
ADAM PINES

By:   s/ Adam Pines
    Adam Pines, Attorneys for Defendant
    California Physicians' Service dba
    Blue Shield of California

2

**DECLARATION OF SERVICE**

American Marine Corporation dba American Hyperbaric Center v. Blue Shield of California
United States District Court, Northern District of California  Case No. C 11-00636 WHA

Persons served:

**PLEASE SEE ATTACHED SERVICE LIST**

Date Served:  May 26, 2011

     I, the undersigned, declare under penalty of perjury that I am over the age of 18 years and not a party to this action; that I served the above-named persons with the following documents: Stipulation For Voluntary Dismissal With Prejudice [Fed.R.Civ.P. 41(a)(1)(A)(ii)], in the following manner:

[✓]    I attached a true copy of the above-entitled document to the CM/ECF system.  I caused the above-entitled document to be sent to the recipients, as currently maintained as of the date and time of this filing on the CM/ECF system, through electronic transmission.  The file transmission was reported as complete and a copy of the notification of electronic filing receipt page will be maintained with the original document in our office.

[ ]    By placing a copy in a separate envelope, with postage fully prepaid, for each addressee named above and depositing each in the U.S. mail at San Diego, California

[ ]    I caused each document to be transmitted via the facsimile number(s) listed on the attached service list.  The facsimile machine I used complied with California Rules of Court, Rule 2003(3) and no error was reported by the machine pursuant to California Rules of Court, Rule 2008(e).

[ ]    By leaving, during usual office hours, copies in the office of the person(s) served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid), copies to the person(s)served at the place where the copies were left.

[ ]    By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his/her office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

Executed on May 26, 2011, at San Diego, California.

        **Stephanie Villa**                                   
        Type or Print Name                             Signature

X:\4367\23196-BLUESHIELD(Rogers)\pld\USDistrict Court\Pleadings\Voluntary Dismissal w prejudice.doc

STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE          C 11-00636 WHA

**SERVICE LIST**
**American Marine Corp. dba American Hyperbaric Center v. Blue Shield of California**
**United States District Court, Northern District of CA Case No. C 11-00636 WHA**


Jeffrey J. Waller
Holmes Weddle & Barcott, P.C.
701 W. 8th Avenue, suite 700
Anchorage, AK  99501
Phone 907-274-0666; Fax 907-277-4657
jwaller@hwb-law.com
**Attorneys for American Marine Corporation**


Adam Pines, Esq.
Manatt, Phelps & Phillips, LLP
11355 W. Olympic Boulevard
Los Angeles, CA  90064
Phone  310-312-4322; Fax  310-914-5820
apines@manatt.com
**Attorneys for California Physicians' Service dba**
**Blue Shield of California**


Anthony M. Sholty
Faulkner Banfield, P.C.
One Sealaska Plaza, Suite 202
Juneau, AK  99801
Phone 907-586-2210; Fax 907-586-8090
asholty@faulknerbanfield.com
**Attorneys for Blue Shield of California**


300254335.1

STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE                    C 11-00636 WHA