United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMERICAN MARINE CORPORATION,
doing business as American Hyperbaric
Center,

　　　　　　　Plaintiff,

　　v.

BLUE SHIELD OF CALIFORNIA,

　　　　　　　Defendant.

_____/

No. C 11-00636 WHA

**ORDER REGARDING DISMISSAL**

　　　The parties have filed a voluntary dismissal pursuant to FRCP 41(a)(1)(A)(ii).  Two notes on the contents of the notice are warranted.  *First*, although the notice states in part that it is "subject to the approval of the Court," there will be no such order of approval, pursuant to the terms of FRCP 41(a)(1)(A).  *Second*, although the notice states that "[t]his Court shall retain jurisdiction over the parties for the purpose of enforcing the parties' separate settlement agreement," it shall only retain jurisdiction until November 28, 2011.

　　　**THE CLERK SHALL CLOSE THE FILE**.

Dated:  May 27, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE